IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>　　　　　　　　DATE: FEBRUARY 11, 2000

HONORABLE ROBERT J. WARD　　　　　　　CIVIL NO. 97-2021(SEC)

| | | |
|---|---|---|
| **FRANCISCO CRUZ,** | * | Attorneys: |
| Plaintiff, | * | Plaintiff: Harry Ezratty |
| vs. | * | |
| **CROWLEY MARINE SERVICE, INC.** | * | Defendant: Manolo Rodriguez |
| Defendant | * | |

Counsel meet with Court in Chambers. Settlement of this action is discussed and matter is settled. Parties to file settlement documents by February 18, 2000.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Operations Manager