# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Francisco Cruz
_____
Plaintiff(s)

v.

Crowley Marines Service, Inc.
_____
Defendant(s)

Civil No. 97-2021 (SEC)

RECEIVED & FILED
00 FEB 28 AM 7:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 2/18/00    DOCKET #: 33    TITLE: Motion Informing Settlement and Requesting Extension of Time to File

[X] Plaintiff(s)    [ ] Third Party Defendant(s)
[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

_____
_____
_____
_____
_____
_____
_____

2/5/00
DATE

SALVADOR E. CASELLAS
United States District Judge