IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO CRUZ

Plaintiff

CIVIL NO.: 97-2021 (SEC)

vs.

CROWLEY MARINES SERVICE, INC.

Defendant

ORDER

Upon review of the Stipulation and Voluntary Dismissal, the same is hereby ACCEPTED and APPROVED. The parties will comply with the terms set forth in the Settlement and Voluntary Dismissal, and the case is hereby DISMISSED with prejudice and without costs of attorney's fees. Judgment in compliance with Rule 4(A), Federal Rules of Civil Procedure, shall be entered.

IT IS SO ORDERED.

San Juan, Puerto Rico, this /3 day of ___III___ , 2000.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE