IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO CRUZ

Plaintiff

vs.                                               CIVIL NO.: 97-2021 (SEC)

CROWLEY MARINES SERVICE, INC.

Defendant

_____

## JUDGMENT

The Court having entered an Order on this same date approving the voluntary dismissal of this action with prejudice, it is now ORDERED and DECLARED that this action is DISMISSED, with prejudice, and without imposition of costs or attorneys fees.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 13 day of III, 2000.

                                    SALVADOR E. CASELLAS
                                    U.S. DISTRICT JUDGE

